

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Judge Robert Blackmon, Judge Presiding

## O R D E R

The appellants' brief was originally due to be filed on December 8, 2015. The appellants' first motion for extension of time was granted, extending the deadline for filing the brief to January 7, 2015. On January 6, 2015, the appellants filed a motion requesting an additional extension of time to file the brief. On January 7, 2015, the appellee filed an objection and opposition to the appellants' motion, asserting the motion does not state a proper purpose for the extension or contain a certificate of conference.

Although the motion should have included a certificate of conference, *see* TEX. R. APP. P. 10.1(a)(5), we construe the motion as requesting an additional extension because of other work commitments. The motion is GRANTED, and appellants' brief must be filed no later than February 6, 2015. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANTS WILL BE GRANTED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court